REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Rafael Quintero-Cazarez,<br><br>Defendant. | CR-19-00730-PHX-DJH (DMF)<br><br>**INDICTMENT**<br><br>VIO:  21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii)<br>(Possession with Intent to Distribute Methamphetamine/Prior Drug Conviction)<br>Count 1<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of Firearm)<br>Count 2<br><br>18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)<br>(Alien in Possession of Firearm)<br>Count 3<br><br>18 U.S.C. § 924(c)(1)(A) (i), (ii) and (iii)<br>(Use of Firearm During and in Relation to a Drug Trafficking Crime)<br>Count 4<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>(Possession of Firearm in Furtherance of a Drug Trafficking Crime)<br>Count 5<br><br>8 U.S.C. § 1326(a) and (b)(1)<br>(Illegal Reentry of Removed Alien)<br>Count 6<br><br>18 U.S.C. §§ 924(d), 981 and 982, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 22, 2019, in the District of Arizona, the defendant, RAFAEL QUINTERO-CAZAREZ, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Before the defendant committed the offense charged in Count 1, the defendant had a final conviction for a serious drug felony, namely Possession with Intent to Distribute 100 Kilograms or More of Marijuana, for which the defendant served a term of imprisonment of more than 12 months and for which the defendant's release from any term of imprisonment related to that offense was within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT 2

On or about May 22, 2019, at or near Phoenix, in the District of Arizona, the defendant, RAFAEL QUINTERO-CAZAREZ, did possess, in and affecting interstate commerce, the following firearms:

- a Sig Sauer model 516 semi-automatic rifle, 5.56/.223 caliber;
- a Century Arms AK-47 semi-automatic rifle, 7.62 mm.

Defendant possessed these firearms after being convicted of a crime punishable by a term of imprisonment exceeding one year, and did so knowingly.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

On or about May 22, 2019, at or near Phoenix, in the District of Arizona, the defendant, RAFAEL QUINTERO-CAZAREZ, did possess, in and affecting interstate commerce, the following firearms:

- a Sig Sauer model 516 semi-automatic rifle, 5.56/.223 caliber;

- a Century Arms AK-47 semi-automatic rifle, 7.62 mm.

Defendant possessed these firearms while being an alien illegally and unlawfully present in the United States, and did so knowingly.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT 4

On or about May 22, 2019, in the District of Arizona, the defendant, RAFAEL QUINTERO-CAZAREZ, did knowingly use, carry, brandish and discharge a firearm, that is, a black Sig Sauer model 516 semi-automatic rifle 5.56/.223, during and in relation to a drug trafficking crime, that is, Possession with the Intent to Distribute Methamphetamine, a Schedule II Controlled Substance, as alleged in Count 1 of this Indictment, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) and (iii).

## COUNT 5

On or about May 22, 2019, in the District of Arizona, the defendant, RAFAEL QUINTERO-CAZAREZ, did knowingly possess the following firearms:

- a Sig Sauer model 516 semi-automatic rifle, 5.56/.223 caliber
- a Century Arms AK-47 semi-automatic rifle, 7.62 mm

in furtherance of a drug trafficking crime, that is, Possession with the Intent to Distribute Methamphetamine, a Schedule II Controlled Substance, as alleged in Count 1 of this Indictment, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 6

On or about May 22, 2019, at or near Phoenix, in the District of Arizona, RAFAEL QUINTERO-CAZAREZ, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near

Del Rio, Texas, on or about August 1, 2014, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d), 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 5 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, specifically:

- a Sig Sauer model 516 semi-automatic rifle, 5.56/.223 caliber;
- a Century Arms AK-47 semi-automatic rifle, 7.62 mm; and
- ARMSCOR .223 ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

- 5 -

All in accordance with Title 18, United States Code, Sections 924(d), and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: June 19, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona


/s/
HUNTER BRIDGES
Assistant U.S. Attorney